No. 122. CHICOT COUNTY DRAINAGE DISTRICT *v.* BAXTER STATE BANK ET AL. February 12, 1940. 308 U. S. 371.

No. 610. SANDERS *v.* ALDREDGE, SHERIFF. February 12, 1940. 308 U. S. 625.

No. 621. VILES *v.* PRUDENTIAL INSURANCE Co. February 12, 1940. 308 U. S. 626.

No. 210. MORGAN, EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. See *ante*, p. 626.

No. 204. KOBILKIN *v.* PILLSBURY, DEPUTY COMMISSIONER, ET AL. February 26, 1940.

No. 222. ILLINOIS CENTRAL RAILROAD Co. *v.* MINNESOTA. February 26, 1940.

No. 230. CARPENTER *v.* WABASH RAILWAY Co. ET AL. February 26, 1940.

No. 601. RUHLIN ET AL. *v.* NEW YORK LIFE INSURANCE Co. February 26, 1940.

No. 603. JAGELS, "A FUEL CORPORATION," *v.* McGOLDRICK, COMPTROLLER OF THE CITY OF NEW YORK. February 26, 1940.

No. 605. MILAR *v.* BURLEIGH, EXECUTRIX, ET AL. February 26, 1940.